# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **VICTOR ALVAREZ, Inmate #34848-034,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**BILL HENDRICKS, et al.,** )<br>)<br>**Defendants.** ) | **CIVIL NO. 04-811-JLF** |

## ORDER

**FOREMAN, District Judge:**

Before the Court is Plaintiff's motion for appointment of counsel and to transfer this action to criminal court (Doc. 9). However, this case was closed on March 15, 2005, and this motion is therefore **MOOT.**

**IT IS SO ORDERED.**

**DATED:  June 27, 2005.**

*s/ James L. Foreman*
          **DISTRICT JUDGE**